|  |  |
|---|---|
| <div align="center">UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> ||
| In re: Debtor(s) (names(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade): ||
| Karla Scioscia<br>**Debtor**<br><br>Karla Scioscia<br>**Movant**<br><br>vs.<br><br>Cavalry SPV I, LLC<br>**Respondent** | Chapter: 7<br><br>Case number: 5:14-bk-04887<br><br>**Matter: Debtor's Motion to Avoid Lien** |
| <div align="center">Information Required by 11 U.S.C. § 342(c)</div> ||
| Karla Victoria Scioscia<br>101 Cornelia Street<br>Pittston, PA 18640<br>Tax Identification Number: xxx-xx-1305 |  |
| <div align="center">**Notice**</div> ||
| NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before 21 days after the date of this notice. If you object to the relief requested, you must file your objection/response with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.<br><br>If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and grant the relief requested. ||
| Date: October 24, 2014 | Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512<br>(570) 341-9000<br>Attorneys for Movant |