# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Karla Scioscia,<br>　　　　Debtor | Chapter 7 |
| Karla Scioscia,<br>　　　　Movant | Case No. 5:14-bk-04887 |
| v. | |
| Cavalry SPV I, LLC,<br>　　　　Respondent | |

## ORDER AVOIDING LIENS

Upon consideration of Debtor's Motion to Avoid Lien, it is hereby ORDERED AND DECREED that, to the extent that Respondent is holder of a lien, any and every such lien on personal property in which the Debtor has an ownership interest is hereby canceled.