IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Karla Scioscia,<br>        Debtor | Chapter 7 |
| Karla Scioscia,<br>        Movant | Case No. 5:14-bk-04887 |
| v. | |
| Cavalry SPV I, LLC,<br>        Respondent | |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Papers Served: | DEBTOR'S MOTION TO AVOID LIEN AND NOTICE | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595-1340 | | United States Mail, First Class, Postage Prepaid |
| Michael B. Volk, Esquire<br>Fulton Friedman & Gullace, LLP<br>6 Kacey Court, Suite 203<br>Mechanicsburg, PA 17055 | | United States Mail, First Class, Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Date: October 24, 2014                                        s/ Mary Peters
                                                                                        Mary Peters, Paralegal